In the Matter of the Application of. HENRY D. QUINBY, Individually and

as Comptroller of the City of Rochester, and THE CITY OF ROCHESTER, Appellants, for a Writ of Prohibition against THE PUBLIC SERVICE COMMISSION OF THE STATE OF NEW YORK FOR THE SECOND DISTRICT and the NEW YORK STATE RAILWAYS, Respondents.— Order unanimously affirmed, as a matter of law and not in the exercise of discretion, with costs, the court holding that the Public Service Commission has jurisdiction, with leave to appeal to the Court of Appeals.